```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSE LUIS BELLO PAULINO, Individually                       :
and on Behalf of Others Similarly Situated,                 :
                                                            :
                        Plaintiff,                          :    22-CV-8724 (VSB)
                                                            :
        -against-                                           :         ORDER
                                                            :
S & P MINI MARKET CORP. (D/B/A S & P                        :
MINI MARKET CORP.) and AMANTINO                             :
VEGA ROSARIO,                                               :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```

**VERNON S. BRODERICK, United States District Judge:**

      Plaintiff filed this action on October 13, 2022, (Doc. 1), and filed affidavits of service on December 27, 2022, (Docs. 8, 9). The deadline for Defendants to respond to Plaintiff's complaint was December 29, 2022. (*See id.*) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 17, 2023. If Plaintiff fail to do so or otherwise demonstrate that he intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 9, 2023
             New York, New York

*[signature]*
VERNON S. BRODERICK
United States District Judge