**CSM Lega**
Employment and Litiga[...]

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 1/17/2023

60 E. 42nd Street, Suite 2020
New York, New York 10165

January 13, 2023

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Bello Paulino et al v. S & P Mini Market Corp. et al
       1:22-cv-08724-VSB

Your Honor,

This firm represents Plaintiff in the above-referenced matter. We write to respectfully request additional time to file Plaintiff's Order to Show Cause for default. This is Plaintiff's first request for an extension.

On January 9, 2023, this Court Ordered Plaintiff to move for default on Defendants by January 17, 2023. (Ecf. Dkt. # 11). We request this extension to move for default so that we may obtain materials to support Plaintiff's Order to Show Cause. Plaintiff respectfully requests an additional 14 days to file for default, extending our time to file to January 30, 2023.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/Frank Palermo, Esq.
CSM Legal, P.C.
*Attorneys for Plaintiff*

*Certified as a minority-owned business in the State of New York*