**CSM Legal**
Employment and Litigation

60 East 42nd Street, Suite 4510
New York, New York 10165

frank@csm-legal.com

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J. 1/31/2023
>
> Plaintiff shall move for a default judgment by February 20, 2023.

January 30, 2023

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>Bello Paulino et al v. S & P Mini Market Corp. et al</u>
            1:22-cv-08724-VSB

Your Honor:

    This office represents Plaintiff in the above-referenced matter. We are writing to respectfully request an extension of time to move for default judgment, currently due by January 30, 2023. This is Plaintiff's second request for an extension.

    On January 9, 2023, this Court Ordered Plaintiff to move for default on Defendants by January 17, 2023. (Ecf. Dkt. # 11) On January 16, 2023, Plaintiff requested their first extension to file for default, extending Plaintiff's time to file until January 30, 2023, which the Court granted on January 17, 2023. (Ecf. Dkt. # 14, 15) We now are making this request as additional time is still needed to gather materials in support of Plaintiff's motion. Plaintiff respectfully requests an additional 21 days to move for default judgment, extending Plaintiff's time to file until February 20, 2023.

    We thank your Honor for your attention to this matter.

                                  Respectfully Submitted,

                By:  <u>/s/ Frank Palermo</u>
                      Frank Palermo, Esq.
                      60 East 42nd Street, Suite 4510
                      New York, New York 10165
                      Telephone: (212) 317-1200
                      *Attorneys for Plaintiff*