

Date: 02/17/2023

# CSM Legal, P.C.

60 E 42nd St, #4510
New York, NEW YORK 10165
United States

Jose Luis Bello Paulino

## 04879-Bello Paulino

## Bello Paulino et al v. S & P Mini Market Corp. et al - 1:22-cv-08724 - SDNY

**Services**

| Type | Date | Notes | Attorney | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 08/15/2022 | Interview Jose Luis Bello Paulino | PL | 1.00 | $125.00 | $125.00 |
| Service | 08/17/2022 | Review intake along with explain consent and retainer form | PL | 0.50 | $125.00 | $62.50 |
| Service | 10/11/2022 | Draft Complaint | PL | 2.00 | $125.00 | $250.00 |
| Service | 10/12/2022 | Review Complaint | CS | 1.10 | $350.00 | $385.00 |
| Service | 10/13/2022 | Filed Complaint | PL | 0.50 | $125.00 | $62.50 |
| Service | 01/16/2023 | Letter motion req ext | FP | 0.20 | $350.00 | $70.00 |
| Service | 01/18/2023 | Decl. in support of cert for default | FP | 0.30 | $350.00 | $105.00 |
| Service | 01/30/2023 | Letter motion req ext | FP | 0.20 | $350.00 | $70.00 |
| Service | 02/08/2023 | Default motion draft | FP | 5.00 | $350.00 | $1,750.00 |
| Service | 02/15/2023 | Draft Damages Chart | PL | 0.50 | $125.00 | $62.50 |
| Service | 02/15/2023 | Review damages chart | FP | 0.20 | $350.00 | $70.00 |
| Service | 02/17/2023 | Translating client declaration in Spanish and reviewing declaration with client | PL | 0.50 | $125.00 | $62.50 |
| Service | 02/17/2023 | Phone call with Client to come in into the office | PL | 0.10 | $125.00 | $12.50 |
| | | | | | **Services Subtotal** | **$3,087.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---:|---:|---:|
| Expense | 10/13/2022 | Filing Fee | 1.00 | $402.00 | $402.00 |
| Expense | 10/14/2022 | Process Server: Summons and complaint to be served to defendants | 1.00 | $77.00 | $77.00 |
| | | | | **Expenses Subtotal** | **$479.00** |
| | | | | **Subtotal** | **$3,566.50** |
| | | | | **Total** | **$3,566.50** |