# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                Telephone: (212) 317-1200
New York, New York 10165                                       Facsimile: (212) 317-1620
ramsha@csm-legal.com

September 21, 2023

**VIA ECF**

Honorable Gabriel W. Gorenstein                    **MEMORANDUM ENDORSED**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

             Re:     Bello Paulino et al v. S & P Mini Market Corp. et al
                      1:22-cv-08724-GWG

Your Honor:

     This office represents Plaintiff in the above referenced matter. This letter is written to respectfully request an adjournment of the initial conference scheduled for October 2, 2023. The reason for this request is because the undersigned counsel's last day at the firm will be on September 29, 2023 and the office needs additional time for the transition of counsel in the matter. Defendants' counsel consents to this request. The parties are available on October 19th, 23rd, and 25th for a rescheduled conference. This is the first such request.

     We thank the Court for its attention to this matter.

                                             Respectfully Submitted,

                                             /s/ Ramsha Ansari
                                             Ramsha Ansari, Esq.

cc: All counsel (VIA ECF)

                          Conference adjourned to October 19, 2023 at 11:00 a.m.

                          So Ordered.

                                         GABRIEL W. GORENSTEIN
                                         United States Magistrate Judge

                                           September 26, 2023