# CSM Legal, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

June 6, 2024

**VIA ECF**
Honorable Gabriel W. Gorenstein
Thurgood Marshall           **MEMORANDUM ENDORSED**
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Bello Paulino et al v. S & P Mini Market Corp. et al*
      22-cv-08724-GWG

Your Honor:

    This office represents Plaintiff in the above referenced matter. This letter is written to respectfully request an extension of the June 6, 2024 deadline to file a proposed joint pretrial order. This is the first request of its kind. Defendants' counsel consents to this request.

    Our office is undergoing staffing shortages and the undersigned counsel has been experiencing COVID-19 symptoms since earlier this week and tested positive last night, requiring additional time to finalize the proposed joint pretrial order. As such Plaintiff requests an additional fourteen (14) days to finalize and file the proposed joint pretrial order. Therefore, Plaintiff respectfully requests that the June 6, 2024 deadline be extended to June 20, 2024.

    We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ *Catalina Sojo*
Catalina Sojo, Esq.
CSM Legal, P.C.
*Attorneys for Plaintiff*

Extension granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

June 6, 2024

*Certified as a minority-owned business in the State of New York*