UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSE LUIS BELLO PAULINO et al.,                     :

                                                                  :

        Plaintiffs,                           ORDER

                                                 :
   -v.-

                                                 :    22 Civ. 8724 (GWG)

S & P MINI MARKET CORP. et al.,                     :

       Defendants.                            :
------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

     Counsel for defendants in this matter Benjamin Sharav and Victor Jose Molina, Jr., have filed an application to withdraw as counsel. <u>See</u> Letter dated June 17, 2022 [sic], filed June 17, 2024 (Docket # 56).

1. Any party wishing to oppose this application to withdraw shall file papers in opposition by June 24, 2024.

2. A conference to discuss the motion will take place in Courtroom 519, 40 Centre Street, New York, New York, on <u>Monday, July 1, 2024, at 11:00 a.m.</u>

3. <u>Defendants S & P Mini Market Corp. and Amantino Vega Rosario are each required to attend this conference</u>. The corporation must send a representative who is authorized to engage counsel. Mr. Vega Rosario must attend in person. Please be sure to arrive early so that the conference may begin on time.

4. Counsel for defendants, Benjamin Sharav and Victor Jose Molina, Jr., shall arrange for email delivery, hand delivery or delivery by overnight mail of a copy of this Order and the letter seeking to withdraw to each defendant's last known address. Afterwards, counsel shall make all reasonable efforts to confirm by telephone and/or e-mail that the letter and the copy of this Order were actually received by the defendants and that the defendants understand that they <u>must</u> appear at the Court conference on July 1, 2024 at 11:00 a.m.

5. On or before June 25, 2024, either Benjamin Sharav or Victor Jose Molina, Jr. shall file with the Court an affidavit or declaration describing the efforts to comply with paragraph 4 of this Order.

6. <u>Defendants S & P Mini Market Corp. and Amantino Vega Rosario are warned that if they fail to comply with this order, a default judgment may be entered against them and they may be subject to other sanctions</u>.

7. If an attorney files a notice of appearance for a party by no later than two business days before the conference, the presence of that party will not be required.

Dated: New York, New York
June 18, 2024

SO ORDERED:

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge