UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE LUIS BELLO PAULINO et al.,                 :

            Plaintiffs,           :        ORDER

    -v.-                                            :
                                                   22 Civ. 8724 (GWG)
S & P MINI MARKET CORP. et al.,                  :

           Defendants.          :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Defendant Amantino Vega Rosario failed to appear for the conference held today as required by the Court's Order of June 18, 2024. After he failed to appear, the Court spoke to Mr. Vega Rosario by telephone this morning and informed him that he must appear at a conference on July 10, 2024, at 11:00 a.m. in Courtroom 519, 40 Centre Street, New York, NY 10007.

      Mr. Vega Rosario is warned that if he again fails to appear he may be sanctioned by the Court including through a finding that he is in default or through a fine.

      Counsel for defendants are directed to transmit a copy of this Order to Mr. Vega Rosario and to confirm he received it.

      SO ORDERED.

Dated: July 1, 2024
       New York, New York

                                                     GABRIEL W. GORENSTEIN
                                                   United States Magistrate Judge