UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE LUIS BELLO PAULINO et al.,                          :

                Plaintiffs,                    :    ORDER REQUESTING
                                   PRO BONO COUNSEL

     -v.-                                         :
                                   22 Civ. 8724 (GWG)

S & P MINI MARKET CORP. et al.,                          :

                Defendants.                    :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Discovery has concluded in this matter and the case is ready for trial.  Defendant Amantino Vega Rosario had made an application to request counsel (Docket # 63).  Having examined the factors stated in Hodge v. Police Officers, 802 F.2d 58, 60 (2d Cir. 1986), the Court finds that they are all met and thus grants the application.

      Accordingly, the Office of Pro Se Litigation is respectfully requested to seek volunteer counsel for Mr. Rosario.  The Court notes that Mr. Rosario is a native Spanish speaker and has limited English abilities.


      SO ORDERED.

Dated: July 19, 2024
       New York, New York


                                        _____
                                      GABRIEL W. GORENSTEIN
                                      United States Magistrate Judge