UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSE LUIS BELLO PAULINO et al., :

                                            :   ORDER
                 Plaintiffs,     22 Civ. 8724 (GWG)
                                            :

   -v.-

                                            :
S & P MINI MARKET CORP. et al.,
                                            :

                 Defendants.   :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     A pre-trial conference in this matter is scheduled for <u>Thursday, December 5, 2024, at 3:30 p.m.</u> in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York, 10007. All parties should be prepared to report to the Court on the status of the case. Additionally, the parties shall be prepared to state their position on whether this case will be tried to a jury or to the Court.

     This conference is the only matter scheduled for this date and time. The parties must plan to arrive early to ensure that the conference begins on time.

     Upon receipt of this order, each party is directed to ensure that all other parties on the case are aware of the conference date and time. Any adjournment may be sought in accordance with paragraph 1.F of this Court's Individual Practices (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

     SO ORDERED.

Dated: December 3, 2024
       New York, New York

                                                        _____
                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge