**DENTONS**

**Mary Kate Brennan**
Senior Attorney

marykate.brennan@dentons.com
D   +1 212-768-6922

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

December 4, 2024

VIA ECF                                                        MEMORANDUM ENDORSED

Hon. Gabriel W. Gorenstein
U.S. Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:   *Bello Paulino et al v. S & P Mini Market Corp. et al*, Civ. No. 22-cv-08724-GWG**
**Letter Motion Requesting Adjournment of Pre-Trial Conference**

Dear Judge Gorenstein:

We represent Defendant Amantino Vega Rosario in the above-captioned matter. Pursuant to Your Honor's Individual Rule 1(F), we write to respectfully request that the pre-trial conference currently scheduled for tomorrow, December 5, 2024, at 3:30 p.m. (*see* Dkt. 68) be adjourned until Tuesday, December 10, 2024, at 3:30 p.m.

Yesterday, December 3, 2024, we spoke with the Deputy Clerk in accordance with Rule 1(F). He advised that the Court has availability for the pre-trial conference on Tuesday, December 10, 2024, at 3:30 p.m. and that the Court will hold that date for two days. Also in accordance with Rule 1(F), we contacted Plaintiffs' counsel who consented to the requested adjournment and confirmed her ability to attend the pre-trial conference on December 10, 2024.[1] We thank the Court for its time and courtesies.

Respectfully submitted,

*/s/ Mary Kate Brennan*

Mary Kate Brennan
Senior Attorney

Granted. Conference adjourned to
December 10, 2024 at 3:30 p.m.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
December 4, 2024