UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSE LUIS BELLO PAULINO et al.,                  :

                                                             :   ORDER FOR VIDEOCONFERENCE
                Plaintiffs,
                                                              :          22 Civ. 8724 (GWG)

     -v.-
                                                             :

S & P MINI MARKET CORP. et al.,                   :

                                                             :
                Defendants.
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The conference previously scheduled to take place in the Courthouse on Tuesday, December 10, 2024, at 3:30 p.m. (Docket # 70) will take place instead by video via TEAMS at that same date and time and not in the Courthouse. The attorneys on this matter will receive a link to the conference and are expected to attend by video. If an attorney has not received a link by 3:00 p.m. on the day before the conference, the attorney should contact Chambers at (212) 805-4260.

      If there is any possibility they will be addressing the Court, counsel must be in a quiet location indoors. It is preferred that counsel use a computer rather than a mobile phone to connect to the conference. Please be aware that if a mobile phone is used, it will be necessary to download the TEAMS application first.

      Clients and members of the public may dial into the conference by phone by dialing 646-453-4442 and using access code: 755 763 938#. The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

      Each attorney is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time and that they have received the link to the conference once the attorney receives it In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      Finally, the parties will be expected at the conference to discuss their availability for trial on all dates staring January 14 through February 28, 2025. Obviously, to determine their availability, counsel must also be aware of their clients' and witnesses' availability.

SO ORDERED.

Dated: December 9, 2024
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge