UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JOSE LUIS BELLO PAULINO et al.,                 :

                Plaintiffs,            :       ORDER AS TO TRIAL

         -v.-                                 :
                                               22 Civ. 8724  (GWG)
S & P MINI MARKET CORP. et al.,              :

                Defendants.         :
-----------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The location of the trial scheduled for January 15, 2025, is changed to Courtroom 705, 40 Centre Street, New York, New York.

      The Court notes that this Courtroom is equipped with technology as described in the Court's website:  https://www.nysd.uscourts.gov/court-tech   Thus, it will be possible to present exhibits to the jury by electronic means as described in the "Electronic Evidence Presentation" portion of the website.[1]  Counsel should contact the Courtroom Technology Department as stated in the website to the extent they have any questions or need assistance in setting up any equipment.

      Counsel for defendants is reminded that they need to arrange for a certified interpreter to be present throughout trial.  Counsel for plaintiff is reminded that they must be prepared to present witnesses on the afternoon of January 15, 2025.

      SO ORDERED

Dated: December 19, 2024
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

---

[1] If using this equipment, counsel need not make copies of exhibits for jurors as stated in paragraph 11 of Docket # 73.