UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JOSE LUIS BELLO PAULINO et al.,                :

                Plaintiffs,               : ORDER

       -v.-                                        :
                                             22 Civ. 8724  (GWG)
S & P MINI MARKET CORP. et al.,                :

                Defendants.             :
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      1. It has come to the Court's attention that the jury venire may be in the Courtroom as soon as 9:30 a.m on the first day of trial (Wednesday January 15, 2025). Accordingly, <u>the attorneys and parties are directed to be in the Courtroom by 9:00 a.m. to discuss any pretrial-matters</u>. The Courtroom (Courtroom 705) will be open at 8:45 a.m. for attorneys to set up.

      2. The jurors will not be able to view electronic exhibits during deliberations. Accordingly, each side should bring at least one paper copy of each exhibit that it intends to offer into evidence.

      3. There is a projector in the courtroom that will allow for a sheet of paper to be displayed to the jury by videoscreen. It is therefore not necessary for the attorneys to bring a laptop to connect to the video system if they have a paper copy of an exhibit they wish shown to the jury through the projector system (and do not need the video system for any other purpose).

      4. Any interpreter must be a <u>certified</u> <u>simultaneous</u> interpreter. The interpreter must bring headsets and the necessary equipment to allow for use of the headsets. The interpreter may wish to contact the Court Interpreter's Office ((212) 805-0084. Ms. Hess-Loedel) to discuss equipment.

      5. Any attorney bringing a cellphone or electronic equipment into the Courthouse must have an electronic device order. Please follow paragraph 1.G of the Court's Individual Practices. Interpreters will need a separate order. An attorney should seek the order on behalf of the interpreter. On the form, the attorney should insert the interpreter's name where the attorney's name would normally go.

SO ORDERED

Dated: January 10, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge