UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSE LUIS BELLO PAULINO et al.,                  :

                Plaintiffs,            :   ORDER

          -v.-                                :
                                            22 Civ. 8724 (GWG)
S & P MINI MARKET CORP. et al.,                  :

                Defendants.           :
------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      This afternoon, a law clerk to the undersigned received a call from Catalina Sojo, counsel for plaintiff, inquiring (1) whether the trial will end on Wednesday and (2) if it did not, whether the plaintiff's interpreter could appear "virtually" on days after Wednesday. The Court is issuing this Order so that both sides are aware of the inquiry and the Court's response.

      As to the second question, all interpreters must appear live in the courtroom on any dates they are interpreting witness testimony. As for interpreting non-witness testimony, the Court has never seen virtual interpretation occur. The Court doubts that the courtroom acoustics and technology would allow for it. In any event, the Court suspects virtual interpretation might prove distracting and thus will not permit it.

      As to the length of the trial, it appears extremely unlikely that the trial could conclude Wednesday given that jury selection will take much of the morning (and conceivably could spill into the afternoon) and apart from witness testimony, there would be summations, a jury charge, and jury deliberations.

      Perhaps counsel's intention was to have the interpreter only for plaintiff's own testimony. Such a plan is permissible inasmuch as a party is permitted to effectively waive their appearance for a civil trial. As to whether plaintiff's testimony will finish on Wednesday, the Court is not able to predict but counsel must be prepared with an interpreter in the event that it does not.

      SO ORDERED

Dated: January 14, 2025
      New York, New York

                                                   _____
                                                   GABRIEL W. GORENSTEIN
                                                   United States Magistrate Judge