UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JOSE LUIS BELLO PAULINO,                          :

                     Plaintiff,      :   ORDER

             -v.-                         :
                                                22 Civ. 8724  (GWG)
S & P MINI MARKET CORP. et al.,                   :

                    Defendants.      :
-----------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court has further considered the procedure that plaintiff must use to effectuate what he contends is a settlement of this matter that obviates the jury's verdict.  It is unclear what motion plaintiff contemplates in his letter of January 21, 2025 (Docket # 103) when he refers to a "motion to vacate the judgment/jury verdict."  The Court believes that Fed. R. Civ. P. 59 does not apply because plaintiff is not seeking a new trial and that Fed. R. Civ. P. 60 does not apply because no judgment or order has been entered.

      Rather, the proper vehicle appears to be a motion to enforce the purported settlement. See Meetings & Expositions, Inc. v. Tandy Corp., 490 F.2d 714, 717 (2d Cir. 1974).("[a] district court has the power to enforce summarily, on motion, a settlement agreement reached in a case that was pending before it."); see also Conway v. Healthfirst, Inc., 2024 WL 5359849 (S.D.N.Y. Aug. 8, 2024) (discussing the law applicable to such a motion).   The Court also believes that this case will proceed in a more orderly fashion if the Court sets a deadline for such a motion.

      Accordingly, plaintiff shall make any motion to enforce the settlement agreement by the deadline set forth in Docket # 104, that is, February 28, 2025.  Briefing thereafter shall be in accordance with paragraph 2.B of the Court's Individual Practices.

      SO ORDERED

Dated: January 30, 2025
       New York, New York

                                                              _____
                                                              GABRIEL W. GORENSTEIN
                                                              United States Magistrate Judge