UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOSE LUIS BELLO PAULINO,                          :

                Plaintiff,            :   ORDER

             -v.-                          :
                                       22 Civ. 8724  (GWG)
S & P MINI MARKET CORP. et al.,          :

                Defendants.       :
-----------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court notes that pro bono counsel have announced that they will not be representing defendant Amantino Vega Rosario any further. See Notice, dated March 3, 2025 (Docket # 112).

      On or before March 20, 2025, Mr. Schapp or Ms. Brennan is directed to file a letter or sworn statement indicating that they have provided Mr. Rosario with a copy of the motion to enforce (Docket ## 106, 107, 108). The letter shall also set forth an address, telephone number and, if available, email address for Mr. Rosario.

      SO ORDERED

Dated: March 12, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge