UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JOSE LUIS BELLO PAULINO,                           :

                Plaintiff,              :   ORDER

                -v.-                    :
                                       22 Civ. 8724  (GWG)
S & P MINI MARKET CORP. et al.,                    :

                Defendants.             :
-----------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       The Clerk is directed to terminate the appearance of Daniel Adam Schnapp and Mary Catherine Brennan as counsel for defendant.

       Defendant Amantino Vega Rosario shall proceed pro se. The Clerk is directed to place the following contact information on the docket sheet:

Amantino Vega Rosario
Apt. 31-N
2552 University Avenue
Bronx, NY 10469
Tel. 929-451-6479

       The Court understands that Mr. Rosario has been given a copy of the motion to enforce the settlement.  He shall file any opposition to that motion on or before April 8, 2025.  If he fails to file any opposition, the motion will be treated as unopposed.

       Plaintiff may file any reply by April 15, 2025.

       The Clerk is directed to mail a copy of this Order (and all future orders) to plaintiff at the address above.

       SO ORDERED

Dated: March 18, 2025
      New York, New York

                                           _____
                                           GABRIEL W. GORENSTEIN
                                           United States Magistrate Judge