**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSE LUIS BELLO PAULINO,

                Plaintiff,

  -against-                                     22 **CIVIL** 8274 (GWG)

## JUDGMENT

S & P MINI MARKET CORP. et al.,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 7, 2025, Paulino's motion to enforce the settlement agreement is granted. This action is DISMISSED against defendant Amantino Vega Rosario on the ground that the parties have reached a settlement under which Rosario must pay plaintiff $20,000 within 30 days.

**Dated:** New York, New York

      July 8, 2025

                                                  **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                        **BY:**
                                                    **Deputy Clerk**