**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOSE LUIS BELLO PAULINO,

                Plaintiff,                                 22 **CIVIL** 8724 (GWG)

      -against-                                  **DEFAULT JUDGMENT**

S & P MINI MARKET CORP. et al.,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated July 15, 2025, the motion for a default judgment (Docket # 109) is granted. Judgment is entered against S & P Mini Market in favor of the plaintiff in the amount of $249,544.96 plus an award of prejudgment interest to be calculated by the Clerk of Court at $30.77 per day starting from November 16, 2018, until the date judgment is entered, in the amount of $74,894.18; accordingly, the case is closed.

**DATED**: New York, New York
           July 15, 2025

                                          **TAMMI M. HELLWIG**
                                             Clerk of Court

                                **BY:**  *K. Mango*
                                            **Deputy Clerk**